THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, | CASE NO. C19-0261 |
| Petitioner, | ORDER |
| v. | |
| MIKE OBENLAND, | |
| Respondent. | |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 3) and Petitioner's objections to the report and recommendation (Dkt. No. 5). Having thoroughly reviewed the report and recommendation, Petitioner's objections, and the relevant record, the Court ORDERS that:

1) Petitioner's objections (Dkt. No. 5) are OVERRULED;
2) The Court ADOPTS the report and recommendation (Dkt. No. 3);
3) The Clerk is DIRECTED to administratively CLOSE this matter and STRIKE any pending motions as moot. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. 1997); and
4) The Clerk is DIRECTED to send copies of this order to Petitioner and to Judge Peterson.

//

//

ORDER
C19-0261
PAGE - 1

DATED this 8th day of April 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-0261
PAGE - 2